UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AIX SPECIALTY INSURANCE COMPANY, a Delaware corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>FERRATEX, INC., a Virginia corporation; et al.,<br><br>    Defendants. | Case No:  C 16-1023 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE; REFERRING CASE TO ENE; AND SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY ORDERED THAT:

1.  Plaintiff shall file its motion to stay discovery by no later than **July 11, 2016**; any response to said motion shall be filed by no later than **July 25, 2016**; Plaintiff's reply shall be filed by no later than **August 1, 2016**. The motion and response shall not exceed six (6) pages and the reply shall not exceed three (3) pages. Pursuant to Civil Local Rule 7-1(b), the motion shall be taken under submission without argument as of the date the reply is due.

2.  In accordance with ADR Local Rule 5, the parties shall participate in Early Neutral Evaluation within 90 days of the date this order is filed.

3.  The parties shall appear for a telephonic Case Management Conference on **August 31, 2016, at 2:45 p.m.** At least seven (7) calendar days prior to the conference, the parties shall meet and confer and file a Joint Case Management Statement in accordance with Civil Local Rule 16-9. Plaintiff's counsel shall be responsible for filing the Joint Case Management Statement and setting up the conference call. At the date and time indicated above, Plaintiff's counsel shall call (510) 879-3550 with all parties on the line. NO

PARTY SHALL OTHERWISE CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

IT IS SO ORDERED.

Dated: 6/15/16

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge