UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AIX SPECIALTY INSURANCE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FERRATEX, INC., a Virginia corporation; SPINIELLO COMPANIES, a California corporation; and JASON GILMER,<br><br>Defendants. | Case No: C 16-01023 SBA<br><br>**CONDITIONAL DISMISSAL ORDER** |

The Court has received notice of the settlement of this action. <u>See</u> Dkt. 73. It appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. All scheduled dates are VACATED. In the event that a settlement is not realized, any party may move to reopen the case and dates will be reset, provided that such motion is filed within sixty (60) days of the date this order is filed. In the event that the parties require more than sixty days to finalize this matter—given that it is tied to the personal injury action filed by Jason Gilmer in the Contra Costa County Superior Court—the parties may stipulate or either party may move to extend the conditional dismissal period prior to its expiration.

IT IS SO ORDERED.

Dated: 01/25/2018

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge